BlumbergExcelsior, Inc NYC 10013

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **Western** District of **New York** | |

| | |
|---|---|
| Name of Debtor (If individual, enter Last, First, Middle):<br>**Johnson    Natalie** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all):    **5708** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip):<br><br>**280 Lyndhurst Street**<br>~~Rochester~~ **NY  14605** | Street Address of Joint Debtor (No. and street, city, state, zip): |
| County of Residence or Principal Place of Business:    **Monroe** | County of Residence or Principal Place of Business: |
| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |

Location of Principal Assets of Business Debtor
(If different from addresses listed above)

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| [X] Individual | [ ] Railroad | [XX] Chapter 7 | [ ] Chapter 11   [ ] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9 | [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] § 304-Case ancillary to foreign proceeding. | |
| [ ] Other | [ ] Clearing Bank | | |

| **Nature of Debt** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| [XX] Consumer/Non-Business    [ ] Business | [XX] Full Filing Fee attached. |
| | [ ] Filing Fee to be paid in installments (Applicable to individuals only) |
| **Chapter 11 Small Business** (Check all boxes that apply) | |
| [ ] Debtor is a small business as defined in 11 U.S.C. § 101. | Must attach signed application for the court's consideration certifying |
| [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |

**Statistical/Administrative Information** (Estimates Only)

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.

[XX] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

## Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
Natalie Johnson

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11,12,13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Natalie Johnson_
Signature of Debtor    Natalie Johnson

X _____
Signature of Joint Debtor

Telephone (If not represented by attorney)    8/20/05

Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

Lawrence Mort
Printed Name of Attorney for Debtor(s)

Lawrence Mort Attorney
Firm Name

PO Box 30873 Rochester NY 14603    26470   14626
Address

585-225-0440
Telephone Number    8/20/05

Date

### Signature(s) of Debtor(s) (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

If debtor is a corporation filing under chapter 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    8/20/05
Signature of Attorney for Debtor(s) Lawrence Mort Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. 110(c).)

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions

 Form B6 (6-90)

# UNITED STATES BANKRUPTCY COURT  Western  DISTRICT OF New York

In re:

Natalie Johnson

Debtor(s)          Case No.          (If Known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | 0 | | |
| B - Personal Property | yes | 1 | 57031.01 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 1 | | 0 | |
| E - Creditors Holding Unsecured Priority Claims | yes | 1 | | 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 2 | | 21122 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | yes | 1 | | | 1600 |
| J - Current Expenditures of Individual Debtor(s) | yes | 1 | | | 1617 |
| Total Number of Sheets of All Schedules | | 11 | | | |
| Total Assets | | | 57031.01 | | |
| Total Liabilities | | | | 21122 | |

Form B6 A/B, P1(6-90)   Julius Blumberg, Inc. NYC 10013

In re:   Natalie Johnson                                    Debtor(s)      Case No.                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| none | | | | |
| | | Total -> | $    0 | (Report also on Summary of Schedules.) |

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase checking/savings 731003847565 Rochester NY | | 999 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | landlord security deposit Housing Opportunities 62 Andrews St. Rochester NY 14605 | | 300 |
| 4. Household goods and furnishings including audio, video and computer equipment. | | furniture | | 300 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | | 300 |
| 7. Furs and jewelry. | | jewelry costume necklace   pair gold 10 carat earrings | | 25  30 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In re:   **Natalie Johnson**                                    Debtor(s)    Case No.              (if known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | x | Strong TIA  CREF retirement account retirement 403(b) plan | | 54,587.01 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | 730 Third Ave. New York, NY 10017 | | |
| 13. Interest in partnerships or joint ventures. Itemize. | x | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | x | | | |
| 15. Accounts receivable. | | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | child support for two children 50/month | | 0 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 20. Other contingent and unliquidated claims of every nature, includeing tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1986 Cadillac 280 Lyndhurst St, Rochester 14605 | | 490 |
| 24. Boats, motors, and accessories. | x | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | x | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28. Inventory. | x | | | |
| 29. Animals. | x | | | |
| 30. Crops - growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total -> | $ **57031.01**

_____ continuation sheets attached

Julius Blumberg, Inc. NYC 10013

Form B6 C (6,90)

In re:  Natalie Johnson

Debtor(s)   Case No.   (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| furniture | CPLR 5205a5 | 300 | 300 |
| clothing | CPLR 5205a5 | 300 | 300 |
| Strong TIA Cref retirement account | CPLR Section<br><br>NY Debtor & Creditor Law Section | 54587.01 | 54587.01 |
| child support | CPLR | unlimited | 0 |
| 1986 Cadillac | CPLR 5205 | 2400 | 490 |
| landlord security deposit | CPLR | 300 | 300 |

Form B6 D (12-03)

BlumbergExcelsior, Inc.. Publisher NYC 10013
www.blumberg.com

Blumbergs
Law Products

In re:  Natalie Johnson

Debtor(s)     Case No.          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructons.) | CO DEBT | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD. | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

Subtotal -> (Total of this page)  $

_____  continuation sheets attached

Total -> (use only on last page)  $

Form B6 E (12-03)

**Blumberg**Excelsior, Inc., Publisher NYC 10013
www.blumberg.com



In re: Natalie Johnson

Debtor(s)  Case No. _____ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**    Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**    Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6).

☐ **Alimony, Maintenance, or Support**    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507 (a) (7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (9).

Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD* | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| | | | Subtotal -> (Total of this page) | | $ | |
| | | | Total -> (use only on last page of the completed Schedule E) | | $ | |

_____ Continuation sheets attached.

BlumbergExcelsior, Inc., Publisher NYC 10013
www.blumberg.com

In re: **Natalie Johnson**

Debtor(s)  Case No.  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # Beneficial New York Inc. c/o Woods Oviatt GilmanLLP 700 Crossroads Bldg. Rochester NY 14614 | | | garnished since 3/05 9/20/2004 judgment + interest from 12/04 loan 8/02 | | 10707 |
| A/C # Corinthian Colleges Inc. 3012 US Highway 301 North Suite 1000 Tampa FL 33619 | | | 2003 deferred payment student loan | | 1575 |
| A/C # FCNB NorthEast Credit + COllection 120 N Keyser Avenue Scranton PA 18504 | | | credit card  2001 | | 581 |
| A/C # Capital One Bank PO Box 85147 Richmond VA 23276 | | | credit card 2003 | | 1144 |
| A/C # Kaufmann's PO Box 94934 Cleveland OH 44101-4934 | | | credit card 2000 | | 507 |
| A/C # Time Warner Communications c/oMercantile Adjustment Bureau PO Box 9315A Rochester NY 14604 | | | services | | 428 |
| A/C # Advantage Federal Credit Union 225 W Broad Street Rochester NY 14614 | | | line of credit 2001 | | 3309 |
| A/C # Sprint PCS Diversified Adjustment Service PO Box 32145 Fridley MN 55432 | | | 2002 services phone | | 234 |
| A/C # Direct TV PO Box 78626 Phoenix AZ 85062-8626 | | | 2002 services TV | | 408 |

_____ Continuation Sheets attached.

Subtotal -> (Total of this page) | $ 18893

\* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

Total -> | $

\*\* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

**Blumberg**Excelsior, Inc., Publisher NYC 10013
www.blumberg.com

In re:  Natalie Johnson

Debtor(s)     Case No.          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # <br> Computer Finance <br> c/o Gulf State Credit LLC <br> PO Box 96073 <br> Charlotte NC 28296-0073 | | | 2000 finance purchase of computer | | 1421 |
| A/C # <br> Strong Memorial Hospital <br> c/oMercantile Adjustment Bureau <br> PO Box 9315A <br> Rochester NY  14604 | | | possible duplicate of below <br><br> medical service 2002 | | 194 |
| A/C # <br> Patient Accounts <br> Strong Memorial Hospital <br> 601 Elmwood Ave. <br> Rochester NY 14642 | | | medical service  2/2004 | | 204 |
| A/C # <br> Lerners <br> Client Services Inc. <br> 3451 Harry S Truman Blvd. <br> St. Charles MO 63301 | | | credit card 2001 | | 410 |
| A/C # <br> Wegmans Food Markets Inc. <br> Attn: Credit Department <br> PO Box 30844 <br> Rochester NY  14603 | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

| | |
|---|---|
| Subtotal -> (Total of this page) | $  2229 |
| Total -> | $ 21122 |

* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

In re:   Natalie Johnson                   Debtor(s)    Case No.              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6 H, (6-90)  Julius Blumberg, Inc. NYC 10013

In re:  **Natalie Johnson**

Debtor(s)  Case No.  (if known)

## SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Blumbergs Law Products**

BlumbergExcelsior, Inc.. Publisher NYC 10013
www.blumberg.com

In re: Natalie Johnson                    Debtor(s)          Case No.                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | James White son | 21 |
| | Danielle White daughter | 18 |
| | Brandon White grandson | 2 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | secretary | |
| Name of Employer | Strong Hospital | |
| How long employed | 23 years | |
| Address of Employer | 601 Elmwood Avenue Rochester NY 14642 | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary,and commissions (pro rate if not paid monthly.) | | $ 2125 | $ |
| Estimate monthly overtime | | | |
| SUBTOTAL | | $ 2125 | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | 525 | |
| b. Insurance | | | |
| c. Union dues | | | |
| d. Other (Specify) 403b | | 50 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 575 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 1550 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | | |
| Income from real property | | | |
| Interest and dividends | | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | 50 | |
| Social security or other government assistance (Specify) | | | |
| Pension or retirement income | | | |
| Other monthly income (Specify) | | | |
| TOTAL MONTHLY INCOME | | $ 1600 | $ |
| TOTAL COMBINED MONTHLY INCOME | $ 1600 | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re:  Natalie Johnson

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

Rent or home mortgage payment  (include lot rented for mobile home) ....... *Rent* $ 422

Are real estate taxes included?  ☐ Yes  ☒ No    Is property insurance included?  ☐ Yes  ☒ No

| Utilities | Electricity and heating fuel | 200 |
| | Water and sewer | |
| | Telephone | 50 |
| | Other | |

| Home maintenance (repairs and upkeep) | |
| Food | 300 |
| Clothing | 75 |
| Laundry and dry cleaning | 40 |
| Medical and dental expenses | 20 |
| Transportation (not including car payments) | 75 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 60 |
| Charitable contributions | |

Insurance (not deducted from wages or included in home mortgage payments)

| Homeowner's or renter's | |
| Life | |
| Health | |
| Auto | 79 |
| Other | |

Taxes (not deducted from wages or included in home mortgage payments)
(Specify)

Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)

| Auto | |
| Other  Student loan payment after 9/05 | 125 |

Alimony, maintenance, and support paid to others

Payments for support of additional dependents not living at your home

Regular expenses from operation of business, profession, or farm (attach detailed statement)

Other  child care for Brandon     171
       includes some cleaning of home

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) .................. $ 1617

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A. Total projected monthly income .......................... $

B. Total projected monthly expenses

C. Excess income (A minus B) .......................... $

D. Total amount to be paid into plan each .......................... $

In re:     Natalie Johnson

Debtor(s)     Case No.

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 12 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date     8/20/05

Signature: _Natalie Johnson_
Natalie (Debtor) Johnson

Date

Signature: _____
(Joint Debtor, if any) (If joint case, both spouses must sign.)

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by U.S.C. §110(c).)

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date

Signature: _____
(Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

**Blumberg**Excelsior, Inc., Publisher NYC 10013
www.blumberg.com

UNITED STATES BANKRUPTCY COURT **WESTERN** DISTRICT OF **NEW YORK**

In re: **Natalie Johnson**

Debtor(s)

*Case No.*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

☐ None **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

| | |
|---|---|
| 2005 | 12750 |
| 2004 | 25500 |
| 2003 | 25355 |

☐ None **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

| | | |
|---|---|---|
| child support | 2004 | 600 |
| | 2003 | 600 |

### 3. Payments to Creditors

☒ None a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

☒ None b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

### 4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments

☐ None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION and STATUS OR DISPOSITION.

Beneficial New York Inc. v.Natalie Johnson 2004CV12386 City Court of Rochester judgment 9/20/04 8471.52+interest attorney for creditor Woods Oviatt GlimanLLP

Monroe County Sheriff 65 W. Broad St.

garnishment last year above judgment executed since 3/09,

Immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

**X** None **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

**X** None a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a join petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

**X** None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

**X** None **7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than the $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT

**X** None **8. Losses**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

☐ **X** None **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is file, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

Standard rates of office 150/hour bankruptcy

filing fee paid VLS  209

1/ 2005    VLS paid by client
client initial interview 6/20/05 1.0
client no show no called
for these dates to sign petition 6/25 7/16
            8/5/2005        3.0 hr
debtor no showed 6/11/05         .5
calls to client, VLS, re appts    .5
notes to VLS, re 209 FF          .25
prepare petition                 2.0
8/20 sign papers/review           .5
file petition    stop garnishment .5
Estimates        341 meeting      .5

**X̄X  None  11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

**X̄  None  12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

**X̄  None  13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF

**X̄  None  14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.
Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

**X̄  None  15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

**X̄  None  16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Give NAME.

**X̄  None  17. Environmental Information**

For the purpose of this question, the following definitions apply: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material. "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**X̄  None  a.** List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

Give SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL UNIT, DATE OF NOTICE and ENVIRONMENTAL LAW.

**X̄  None  b.** List the name and address of every site for which the debtor has provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Give SITE NAME AND ADDRESS, NAME AND ADDRESS OF GOVERNMENTAL UNIT, DATE OF NOTICE and ENVIRONMENTAL LAW.

**X̄  None  c.** List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

Give NAME AND ADDRESS OF GOVERNMENTAL UNIT, DOCKET NUMBER and STATUS OR DISPOSITION.

**18. Nature, Location and Name of Business**

**X̄  None  a.** If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of

Case 2-05-24247-JCN,   Doc 1,   Filed 08/23/05,   Entered 08/23/05 09:55:00,
Description: Main Document , Page 18 of 22

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___8/20/05___          Signature _____
of Debtor          Natalie Johnson

Date _____          Signature _____
of Joint Debtor
(if any)

.................................................................................................................................................

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached.

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

.................................................................................................................................................

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
(Required by 11 U.S.C. §110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

Blumbergs
Law Products

**UNITED STATES BANKRUPTCY COURT** Western      **DISTRICT OF** NEW YORK

In
re    Natalie Johnson          Debtor(s)       Case No.          (If Known)

# STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.    VLS case

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

     (a) for legal services rendered or to be rendered in contemplation of and in connection with this case        $ 0

     (b) prior to filing this statement, debtor(s) have paid        $ 0

     (c) the unpaid balance due and payable is        $ 0

(3) $   209    of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

     (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

     (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

     (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

       na

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

pro bono case VLS

ited: 8/20/05      Respectfully submitted, _____ Lawrence Mort _____ *Attorney for Petitioner*

*attorney's name and address* 2680 Ridge Rd West #203B Rochester NY 14626

Beneficial New York Inc.
c/o Woods Oviatt Gilman LLP
700 Crossroads Bldg.
Rochester NY  14614

Corinthian Colleges Inc.
3012 US Highway 301 North
Suite 1000
Tampa FL  33619

FCNB
Northeast Credit and COllection
120 North Keyser Avenue
Scranton PA  18504

Capital One Bank
PO Box 85147
Richmond VA 23276

Kaufmann's
PO Box  94934
Cleveland OH 44101-4934

Time Warner COmmunications
c/o Mercantile Adjustment Bureau
PO Box 9315 A
Rochester NY  14604

Advantage Federal Credit Union
225 W Broad Street
Rochester NY  14614

Sprint PCS
Diversified Adjustment Service
PO Box 32145
Fridley MN  55432

Direct TV
PO Box 78626
Phoenix AZ  85062-8626

Computer Finance
c/o Gulf State Credit LLC
PO Box 96073
Charlotte, NC  28296-0073

Strong Memorial Hospital
c/o Mercantile Adjustment Bureau
PO Box 9315 A
Rochester NY  14604

Patient Accounts
Strong Memorial Hospital
601 Elmwood Avenue
Rochester NY 14642

Lerners
Client Services Inc.
3451 Harry S Truman Blvd.
St. Charles MO   63301

Wegmans Food Markets Inc.
Attn: Credit Department
PO Box 30844
Rochester   NY   14603